**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Antelmo MENDEZ, Defendant–Appellant.**

**No. 13–40268**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 7, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Jose Antelmo Mendez pleaded guilty to possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1), and he was sentenced under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e), to the mandatory minimum sentence of 180 months of imprisonment. Represented by the Federal Public Defender, Mendez raises two arguments, in

---

order to preserve the issues for further review, that he correctly concedes are foreclosed by circuit precedent.

Under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the Government was not required to charge in the indictment the predicate facts for the ACCA enhancement and either have Mendez admit those facts or have those facts proven to a jury. *See United States v. White*, 465 F.3d 250, 254 (5th Cir.2006); *United States v. Stone*, 306 F.3d 241, 243 (5th Cir.2002). " '[N]either the [ACCA] nor the Constitution requires a jury finding on the existence of the three previous felony convictions required for the enhancement.' " *White*, 465 F.3d at 254 (quoting *Stone*, 306 F.3d at 243). Likewise, Mendez's Commerce Clause challenge to the constitutionality of § 922(g)(1) is foreclosed, and " 'the constitutionality of § 922(g) is not open to question.' " *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001) (quoting *United States v. De Leon*, 170 F.3d 494, 499 (5th Cir.1999)).

The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.